WILLIAM F. McANDREW *ET AL.*, PLAINTIFFS-RESPOND-ENTS, v. ANDREW MULARCHUK *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 56 *N. J. Super.* 219.

*Messrs. Townsend & Doyle* for the petitioners.

*Messrs. Milton, McNulty & Augelli* for the respondents.

October 5, 1959.   Granted.

IDEAL FARMS, INC., PLAINTIFF-RESPONDENT, v. ELDEN C. COOLEY, DEFENDANT-PETITIONER.

*Messrs. Herrigel & Herrigel* for the petitioner.

*Mr. Edward G. Weiss* and *Mr. A. Edward Hook* for the respondent.

October 5, 1959.   Denied.